UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO. 7:21-cv-178

| | |
|---|---|
| MORGAN CAMPBELL, *on behalf of herself and all others similarly situated,*<br><br>　　　　Plaintiff,<br><br>v.<br><br>FRANK INSTITUTE FOR HEALTH AND WELLNESS, PLLC, a North Carolina corporation, LAB MANAGEMENT GROUP, LLC d/b/a ANY LAB TEST NOW OF WILMINGTON, a North Carolina corporation, and HARRISON GABRIEL FRANK, M.D., an individual,<br><br>　　　　Defendants. | **PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST ALL DEFENDANTS** |

　　　　To the Clerk of the United States District Court for the Eastern District of North Carolina, Plaintiff, by and through counsel, hereby requests pursuant to Rule 55(a) of the Federal Rules of Civil Procedure the Clerk to enter a default against Defendants Frank Institute for Health and Wellness, PLLC ("Frank Institute"), Lab Management Group, LLC d/b/a Any Lab Test Now of Wilmington ("Lab Management Group"), and Harrison Gabriel Frank, M.D., for failure to plead or otherwise defend against this action in a timely manner. In support of an Entry of Default against all Defendants, Plaintiff shows as follows:

　　　　1.　　　　Plaintiff filed her class/collective action Complaint against Defendants on October 19, 2021. [ECF No. 1]

　　　　2.　　　　Defendant Frank Institute, by and through counsel, filed a Waiver of Service of Summons on October 28, 2021, providing Defendant Frank Institute with sixty (60) days to file and serve an answer or other responsive pleading. [ECF No. 10] Defendant Frank Institute

1

expressly affirmed its understanding that "If I fail to do so [file an answer or other responsive pleading within sixty (60) days], a default judgment will be entered against me or the entity I represent." *Id.* Frank Institute's answer or other responsive pleading was due on December 27, 2021 as clearly reflected on the Court's docket and ECF email notification for this matter at the time its Waiver of Service of Summons was filed.

2. Defendant Lab Management Group, by and through counsel, filed a Waiver of Service of Summons on October 28, 2021, providing Defendant Lab Management Group with sixty (60) additional days to file and serve an answer or other responsive pleading. [ECF No. 9] Defendant Lab Management Group expressly affirmed its understanding that "If I fail to do so [file an answer or other responsive pleading within sixty (60) days], a default judgment will be entered against me or the entity I represent." *Id.* Lab Management Group's answer or other responsive pleading was due on December 27, 2021 as clearly reflected on the Court's docket and ECF email notification for this matter at the time its Waiver of Service of Summons was filed.

3. Defendant Harrison Gabriel Frank, M.D., by and through counsel, filed a Waiver of Service of Summons on October 28, 2021, providing Defendant Harrison Gabriel Frank, M.D. with sixty (60) additional days to file and serve an answer or other responsive pleading. [ECF No. 11] Defendant Harrison Gabriel Frank, M.D. expressly affirmed his understanding that "If I fail to do so [file an answer or other responsive pleading within sixty (60) days], a default judgment will be entered against me or the entity I represent." *Id.* Harrison Gabriel Frank, M.D.'s answer or other responsive pleading was due on December 27, 2021 as clearly reflected on the Court's docket and ECF email notification for this matter at the time his Waiver of Service of Summons was filed.

To date, Defendants Frank Institute, Lab Management Group, and Harrison Gabriel Frank, M.D., have not filed an answer or other responsive pleading in this matter despite being provided at least sixty (60) days to do so and clearly on notice of the Court's December 27, 2021 deadline.

WHEREFORE, for the foregoing reasons Plaintiff respectfully requests the Clerk to enter a default against the Defendants, Frank Institute for Health and Wellness, PLLC , Lab Management Group, LLC d/b/a Any Lab Test Now of Wilmington, and Harrison Gabriel Frank, M.D., for failure to plead or otherwise defend against this action in a timely manner.

Respectfully submitted this the 28th day of December, 2021.

*/s/ L. Michelle Gessner*
L. Michelle Gessner, NCSB # 26590
Nicole K. Haynes, NCSB # 47793
GESSNERLAW, PLLC
602 East Morehead Street
Charlotte, North Carolina 28202
Tel: (704) 234-7442
Fax: (980) 206-0286
Email: michelle@mgessnerlaw.com
Email: nicole@mgessnerlaw.com

*Attorneys for Plaintiff and Putative Class Members*

# **CERTIFICATE OF SERVICE**

In keeping with local rules, the undersigned hereby certifies that on this day a true and correct copy of the foregoing **PLAINTIFF'S REQUEST FOR ENTRY OF NOTICE OF DEFAULT** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

>*/s/ L. Michelle Gessner*
>L. Michelle Gessner, NCSB # 26590
>Nicole K. Haynes, NCSB # 47793
>GESSNERLAW, PLLC
>602 East Morehead Street
>Charlotte, North Carolina 28202
>Tel: (704) 234-7442
>Fax: (980) 206-0286
>Email: michelle@mgessnerlaw.com
>Email: nicole@mgessnerlaw.com
>
>*Attorneys for Plaintiff and Putative Class Members*